

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Estate of Leslie Earnest Hines,
Deceased

No. 06-20-00007-CV

Appeal from the County Court at Law of
Bowie County, Texas (Tr. Ct. No. 42328-
CCL). Memorandum Opinion delivered by
Justice Stevens, Chief Justice Morriss and
Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 8, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk